McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CAELY E. FALLINI
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-06-0474 GGH |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE |
| v. ) | AND  ⌐ORDER |
| ROBERT HYLTON, ) | |
| Defendant. ) | DATE: May 21, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Gregory G. Hollows |

### I. Introduction

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice criminal case Cr. No. S-06-0474 GGH, for the following reason.

An essential witness, Tech Sergeant Kimberley Gruber, was deployed to Iraq on May 18, 2007, and will not return to the Eastern District of California until approximately September 2007, and as a result, she is unavailable to testify on June 4, 2007, the scheduled date of trial.

On May 17, 2007 Travis Air Force Base informed the

1

1  government that holding Tsgt. Gruber back from deployment would
2  result in delaying her entire unit from being deployed and
3  prevent a unit in Iraq from returning home. See attached
4  declaration of Lt. Col. Michael Holmes, marked Exhibit A.
5      In the absence of TSgt. Gruber, the government would
6  be unable to introduce evidence sufficient to show beyond a
7  reasonable doubt that the defendant was driving under the
8  influence on May 9, 2006, on Travis Air Force Base. TSgt.
9  Gruber observed the defendant operating his vehicle while
10 intoxicated.
11     The government contacted defense counsel, Ms. Lexi Negin,
12 and defense counsel does not object to the dismissal without
13 prejudice, and understands that the government intends to re-file
14 charges against the defendant when TSgt. Gruber returns from
15 deployment.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

### III. Conclusion

For the above reasons, the Government respectfully requests that the Court grant the Rule 48(a) motion for dismissal of the case without prejudice.

Dated: May 17, 2007.

                                        McGREGOR W. SCOTT
                                        United States Attorney

                            By: /s/ Matthew C. Stegman
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:

DATED: Jan. 25, 2007

GREGORY G. HOLLOWS
---
HON. GREGORY G. HOLLOWS
United States Magistrate Judge